IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYRONE O'NEILL ADDERLEY, JR.,

    *Plaintiff*,

v.                                    Case No.: 4:24cv302-MW/MAF

ALRICK AUSTIN, et al.,

    *Defendants*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's objections, ECF No. 11. Plaintiff's objections, even liberally construed, are nonresponsive to the issues raised in the report and recommendation and untethered from any legal or factual support.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 10, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's "amended notice of removal," ECF No. 6, construed under 28 U.S.C. § 1983, is **DISMISSED with prejudice** as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall note on the docket that this

dismissal counts as a "strike" under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). As construed under 28 U.S.C. § 1455, Plaintiff's "amended notice of removal," ECF No. 6, is **DENIED** and the case shall be **REMANDED** to state court. The Clerk shall take all steps necessary to effect the remand to the Second Judicial Circuit Court in Leon County, Florida, and close the file.

**SO ORDERED on September 5, 2024.**

s/Mark E. Walker            
**Chief United States District Judge**